IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED
03 NOV 10 AM 10: 32
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| FIRST NATIONAL BANK OF JASPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV-02-C-1689-J |
| ) | |
| RAWSI LATTRICIA WILLIAMS and ) | |
| ALLEN JOSEPH, ) | |
| ) | |
| Defendants/Third-Party Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES LIABILITY INSURANCE ) | |
| COMPANY, INC., CONSECO FINANCE, ) | |
| INC., PATRICK INSURANCE AGENCY, ) | |
| ALLSTATE INSURANCE COMPANY, and ) | |
| MID-SOUTH FIRE AND CASUALTY, ) | |
| INC., ) | |
| ) | |
| Third-Party Defendants. ) | |

ENTERED
NOV 10 2003

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiff's motion for remand is due to be granted and this action remanded to the Circuit Court for



Walker County, Alabama. An appropriate order will be entered.

DONE, this _____ day of November, 2003.

_____
U. W. CLEMON,
CHIEF UNITED STATES DISTRICT JUDGE